JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PALOMAR GRADING & PAVING, INC., a California corporation; WAYNE MARK REILLY, an individual; WESTERN SURETY COMPANY, a South Dakota corporation; DOE 1 through DOE 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV11-9242-ODW(SHx)<br><br>ORDER RE: DISMISSAL AS TO ENTIRE ACTION; AND ORDER VACATING THE ORDER TO SHOW CAUSE RE: CASE SETTLEMENT<br><br>ORDER TO SHOW CAUSE RE: CASE SETTLEMENT:<br>Date:　　November 5, 2012<br>Time:　　1:30 p.m. |

　　Pursuant to the Stipulation re Dismissal of Entire Action by and between Plaintiff and Defendants and good cause appearing therefor:

　　IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice.

/ / /

-1-

#204646 v1 - [PROPOSED] ORDER RE DISMISSAL.wpd

1     IT IS FURTHER ORDERED that the Court's Order to Show Cause Re:
2 Case Settlement scheduled for November 5, 2012 is vacated.

5 Dated: October 23, 2012

                                OTIS D. WRIGHT II, UNITED STATES
                                DISTRICT JUDGE FOR THE
                                CENTRAL DISTRICT OF CALIFORNIA